UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | | |
|---|---|---|---|
| SUNLESS, INC., | ) | Case No.: | 5:21 CV 248 |
| | ) | | |
| Petitioner | ) | | |
| | ) | | |
| v. | ) | JUDGE SOLOMON OLIVER, JR. | |
| | ) | | |
| PALM BEACH TAN, INC. *et al.*, | ) | | |
| | ) | | |
| Respondent | ) | ORDER OF REFERENCE | |

The within case is hereby referred to Magistrate Judge Jonathan D. Greenberg to handle all pretrial matters and rule on all pretrial motions except those that are substantive.

IT IS SO ORDERED.

/s/ *SOLOMON OLIVER, JR.*
UNITED STATES DISTRICT JUDGE

May 31, 2024