## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| SUNLESS, INC.,<br>　　　　　　Plaintiff,<br>　　　v.<br>PALM BEACH TAN, INC., AMERICAN<br>TANNING, CO., ASHLEY LYNN'S INC.,<br>NORTH CENTRAL TAN, LLC, OLD<br>TRINITY PARTNERS, LLC, and PACIFIC<br>BEACH TAN, INC.,<br>　　　　　　Defendants. | Case No. 5:21-cv-00248-SO<br>(Consolidated with<br>Case No. 1:22-cv-00090) |
| PALM BEACH TAN, INC., AMERICAN<br>TANNING, CO., ASHLEY LYNN'S INC.,<br>NORTH CENTRAL TAN, LLC, OLD<br>TRINITY PARTNERS, LLC, and PACIFIC<br>BEACH TAN, INC.,<br>　　　　　　Counter-Plaintiffs,<br>　　　v.<br>SUNLESS, INC.,<br>　　　　　　Counter-Defendant. | Hon. Solomon Oliver, Jr. |

## JOINT STIPULATION OF DISMISSAL OF ALL CLAIMS

Pursuant to the parties' confidential settlement agreement and Federal Rule of Civil Procedure 41(a), and subject to the order of the Court as provided below, Plaintiff Sunless, Inc. ("Sunless") and Defendants Palm Beach Tan, Inc., Palm Beach Tan Franchising, Inc., American Tanning, Co., Ashley Lynn's, Inc., North Central Tan, LLC, Old Trinity Partners, LLC, and Pacific Beach Tan, Inc., ("Defendants") hereby jointly stipulate that this action, and each and every count, claim, and counterclaim asserted therein shall be dismissed with prejudice, with each party to bear its own attorneys' fees and costs, and request that the Court enter an Order dismissing these actions in their entirety with prejudice, with each party to bear its own attorneys' fees and costs.

**IT IS SO ORDERED.**
/s/ Solomon Oliver, Jr.
United States District Judge
8/14/2024

Dated: August __, 2024

Respectfully submitted,

s/ Marcella Ballard
Marcella Ballard*
Leonard L Gordon*
Gianna Cricco-Lizza*
Maria Sinatra*
VENABLE LLP
151 W. 42nd Street, 49th Floor
New York, NY 10036
Tele: (212) 307-5500
Fax: (212) 307-5598

Stephen E. Chappelear (0012205)
sechappelear@eastmansmith.com
EASTMAN & SMITH LTD.
100 E. Broad Street, Suite 2100
Columbus, Ohio 43215
Tele: (614) 564-1440
Fax: (614) 280-1777

*Admitted Pro Hac Vice
Attorneys for Plaintiff Sunless, Inc.

s/Lisa Meyerhoff
Lisa H. Meyerhoff (Admitted Pro Hac Vice)
Email: LMeyerhoff@seyfarth.com
Emma C. Mata (Admitted Pro Hac Vice)
Email: EMata@seyfarth.com
SEYFARTH SHAW LLP
700 Milam St., Suite 1400
Houston, Texas 77002
Phone: 713 225 2300
Fax: 713 225 2340

John F. Marsh (0065345)
Email: jmarsh@baileycav.com
Elizabeth E. Cary (0090241)
Email: ecary@baileycav.com
BAILEY CAVALIER LLC
10 W. Broad Street, Suite 2100
Columbus, Ohio 43215
Phone: 614 221 3155
Fax: 614 221 0479

Brandon L. Bigelow (Admitted Pro Hac Vice)
Email: BBigelow@seyfarth.com
SEYFARTH SHAW LLP
Seaport East
Two Seaport Lane, Suite 300
Boston, MA 02210-2028
Phone: 617 946 4800

ATTORNEYS FOR DEFENDANTS PALM
BEACH TAN, INC., AMERICAN TANNING, CO.,
ASHLEY LYNN'S INC., NORTH CENTRAL
TAN, LLC, OLD TRINITY PARTNERS, LLC,
PACIFIC BEACH TAN, INC., and PALM BEACH
TAN FRANCHISING, INC.